AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
February 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ aq _____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) |
| Zuleima Rubi SANCHEZ-Guijoza | ) |
| *Defendant(s)* | |

Case No.     **EP:26-MJ-844-LE**

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ February 13, 2026 _____ in the county of _____ El Paso _____ in the
____ Western ____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received consent to reapply for admission from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Complaint sworn to telephonically on
__February 17, 2026__ at ____01:05 PM____ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Valerie Melano
*CBPO-Enforcement*

Sworn to before me and signed in my presence.

Date: ____ February 17, 2026 ____

_____
*Judge's signature*

City and state: _____ El Paso, Texas _____

Laura Enriquez
U.S. Magistrate Judge

## FACTS

On or about February 13, 2026, the DEFENDANT, Zuleima Rubi SANCHEZ-Guijoza, citizen of Mexico, was encountered hiding inside a rail car attempting to enter the United States by eluding inspection at the Union Pacific Railyard in El Paso, Texas in the Western District of Texas.

Customs and Border Protection Officers (CBPOs) were conducting X-ray scans of the train traveling from Mexico into the U.S., when they observed anomalies within a railcar. At that time, the train stopped and secondary CBPOs conducted an intensive inspection of the railcar where they discovered the DEFENDANT and another individual inside a car hauler. At that point, the DEFENDANT was apprehended and stated she was a Mexican national with intentions to reunite with her family in New Mexico. The DEFENDANT was transported to Paso Del Norte Port of Entry, Passport Control Secondary (PCS) for further processing.

In PCS, the DEFENDANT's fingerprints were digitally scanned and revealed she was most recently previously removed from the United States on or about January 10, 2026, to Mexico. The DEFENDANT was served with Form I-214 Warning as to Rights (Spanish Version), which she understood, signed, and waived her rights to an attorney. During a sworn statement, the DEFENDANT admitted her intentions upon entering the United States were to travel to Rio Rancho, New Mexico to reunite with her family. The DEFENDANT further stated she paid a family member $1, 600 USD to assist her with entering the United States illegally and was instructed to board a train ing Mexico. The DEFENDANT further stated she lived in the United States since she was 7 years old and was previously removed due to a narcotics arrest. Database records indicate the DEFENDANT has not applied for, nor received permission from the U.S. Attorney General or the Secretary of Homeland Security to reapply for admission into the United States. Further queries revealed the DEFENDANT is not in possession of any legal documents with which to enter, reside or seek employment in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

Immigration:
01/26/2010 - Removed from Boston, Massachusetts to Mexico
11/15/2023 - Processed for NTA / Paroled into the U.S.
01/10/2026 - Removed from San Diego, California to Mexico

Criminal/Arrest Record:

10/22/2008- Convicted of Possession with Intent to Distribute Marijuana- Confinement of 15 months